**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:24-CR-03073-BCW-1 |
| | ) | |
| SHAWN O. BELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendations (Doc. #75) concerning Defendant's motion for immediate release (Doc. #58) and pro se correspondence which the Court construes as a second motion to dismiss the indictment pursuant to the Sixth Amendment (Doc. #61).

On May 21, 2024, the Court dismissed a previous indictment issued against Defendant for violation of Defendant's rights under the Speedy Trial Act, in United States v. Shawn O. Bell, No. 6:22-CR-03151-BCW-1. On June 26, 2024, Defendant was reindicted in the above-captioned matter. (Doc. #1). On March 7, 2025, the Court denied Defendant's first motion to dismiss the indictment in which he argued the previous indictment should have been dismissed with prejudice. (Doc. #35).

On April 16, 2025, Defendant filed his motions for immediate release and to dismiss the indictment. (Docs. #58, #61). On May 2, 2025, Judge Rush issued the instant Report and Recommendations recommending the Court deny said motions. (Doc. #75). Defendant has not filed objections and the period to timely to do so has passed.

The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendations. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendations be attached to and made part of this Order (Doc. #75). It is further

ORDERED Defendant's motion for immediate release (Doc. #58) is DENIED for the reasons stated in the Report and Recommendations. It is further

ORDERED Defendant's second motion to dismiss (Doc. #61) is DENIED for the reasons stated in the Report and Recommendations.

IT IS SO ORDERED.

Dated: June 13, 2025

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT